```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    INDICTMENT
                                   :
        - v. -                     :    14 Cr. 462
                                   :
DENNIS SICA,                       :
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - x
```

ORIGINAL

### COUNT ONE

(Narcotics conspiracy)

The Grand Jury charges:

1. From at least in or about 2013 up to and including on or about February 2, 2014, in the Southern District of New York and elsewhere, DENNIS SICA, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DENNIS SICA, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substances that DENNIS SICA, the defendant, conspired to distribute and possess with the intent to distribute were: (1) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in

violation of 21 U.S.C. § 841(b)(1)(B); and (2) 40 grams and more of mixtures and substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(b)(1)(B).

4. The use of controlled substances distributed by DENNIS SICA, the defendant, resulted in the deaths of: an individual on or about December 29, 2013, and two individuals on or about February 1, 2014.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, DENNIS SICA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Indictment.

### Substitute Assets Provision

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney