UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  Declaration in Support of Motion

       -v.-

                                                  14 Cr 462 (CS)

DENNIS SICA,

            Defendant.

---------------------------------------------------------X

      I, THEODORE S. GREEN, an attorney admitted to practice in this Court, hereby declare pursuant to 28 U.S.C. 1745, that the following is true, except as to that stated on information and belief, which I believe to be true:

      1.  I am attorney of record for defendant DENNIS SICA and I submit this declaration in support of his pre-trial motions.

      2.  Annexed herewith are the following exhibits:

          A - A copy of a search warrant issued by Hon. Peter M. Forman, a Dutchess County Court Judge sitting as a Judge of East Fishkill, New York Town Court, dated February 18, 2014, and supporting application, for three cell phones;

          B – A copy of a search warrant issued by Hon. Katherine A. Moloney, a Judge of the City of Poughkeepsie Court, dated February 26, 2014, and supporting application, and directed to a bank safe deposit box;

          C - A copy of a search warrant issued the Hon. Judith C. McCarthy, U.S.M.J., dated June 24, 2014, and directed to the search of a cell phone;

          D - A copy of a DEA-7 report concerning the alleged recovery of drugs from an automobile.

3.  Exhibit A includes an application by Detective Ryan Angioletti.  Beginning on page 5, the application recites a narrative of events leading up to the stop of a Honda Accord, the search of the vehicle and defendant's arrest, on February 2, 2014.

4.  Submitted herewith is a declaration of Dennis Sica concerning the stop of the vehicle in which he was a passenger on February 2, 2014.

5.  For the reasons stated in the accompanying memorandum of law, the defendant moves for suppression of evidence obtained as a result of the car stop and subsequent police actions, and suppression of evidence obtained pursuant to the subsequently-obtained warrants. Defendant also moves for other relief as described in the notice of motion.

I swear the foregoing is true.

Dated:  White Plains, New York
        November 17, 2014

                                          s/ Theodore S. Green
                                          _____
                                          THEODORE S. GREEN
*Attorney for Defendant Dennis Sica*
GREEN & WILLSTATTER
200 Mamaroneck Avenue - Suite 605
White Plains, New York 10601
(914) 948-5656
theosgreen@msn.com