**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

FILED
U.S. DISTRICT COURT
2015 OCT 29  PM 3: 55
S.D. OF N.Y.W.P.

Caption:
United States of America v.

Dennis Sica

Docket No.: 14 Cr 462 (CS)
Hon. Cathy Seibel
(District Court Judge)

Notice is hereby given that Dennis Sica appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on October 26, 2015
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: October 8, 2015      N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Theodore S. Green / Green & Willstatter |
| Counsel's Address: | 200 Mamaroneck Avenue - Suite 605 |
| | White Plains, NY   10601 |
| Counsel's Phone: | (914) 948-5656 |
| Assistant U.S. Attorney: | Scott Hartman |
| AUSA's Address: | 300 Quarropas Street |
| | White Plains, NY   10601 |
| AUSA's Phone: | (914) 993-1900 |

_Theodore S. Green_
Signature